AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA   **CRIMINAL COMPLAINT**

vs.   Case No. 3:22-mj- 1099-JBT

CLAUDIA JISSELA VELASQUEZ

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 10, 2022, in Bradford County, in the Middle District of Florida, the defendant,

> knowingly possessed and used a forged, counterfeited, altered, or falsely made Permanent Resident Card, which is a document prescribed by statute or regulation as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made,

in violation of Title 18, United States Code, Section 1546(a). I further state that I am a Special Agent of the Department of Homeland Security, United States Immigration and Customs Enforcement, Homeland Security Investigations, and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Donald Wells

Sworn to before me and subscribed in my presence,

on March 2, 2022   at   Jacksonville, Florida

JOEL B. TOOMEY
United States Magistrate Judge
Name & Title of Judicial Officer   Signature of Judicial Officer

## CRIMINAL COMPLAINT AFFIDAVIT

I, Donald Wells, being a duly sworn and appointed Special Agent of the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), hereby make the following statement in support of the attached criminal complaint.

1. Your affiant is a Special Agent of HSI and has been in the federal law enforcement service for 19 years, initially as a Customs Inspector and later as a Special Agent of HSI. Your affiant has training and experience in the preparation, presentation, and service of criminal complaints and arrest warrants.

2. On February 17, 2022, your affiant received an email from Debra Chism, Administrative Assistant for the Camp Blanding Joint Training Center Military Police in Starke, Florida ("Camp Blanding"). The email forwarded an email that was sent to Camp Blanding on February 10, 2022, by Foresight construction company, which was seeking authorization for employees to enter Camp Blanding to work on projects at the site. The email contained scans of identification documents ("IDs") for the employees, and Administrative Assistant Chism asked your affiant for assistance in verifying that the IDs were valid. The IDs in the email included the following:

    a. A Permanent Resident Card in the name of CLAUDIA JISSELA VELASQUEZ with a DOB listed as July ■, 1988, and

with an illegible Alien Registration number ("A-number").[1]

   b. A Permanent Resident Card in the name of EVER GUSTABO RUBIO with a DOB listed as June ■, 1978, and with an A-number listed as ■ 639.

3. On February 17, 2022, your affiant conducted immigration database checks for A-number ■ 639, which revealed that it had never been assigned to anyone.

4. On February 17, 2022, your affiant conducted immigration database checks for VELASQUEZ and RUBIO, which revealed the following:

   a. A subject with the name CLAUDIA JISSELA VELASQUEZ and the DOB of July ■, 1988, was encountered by Border Patrol in El Paso, Texas, in January 2019 and was assigned A-number ■ 108, and no person with that name and DOB had ever been issued a Permanent Resident Card.

   b. A subject with the name EVER GUSTAVO RUBIO and the DOB of June ■, 1978, had applied for Temporary Protective Status in 2006 and was assigned A-number ■ 783, but the

---

[1] Your affiant is aware of the complete dates of birth and Alien Registration numbers set forth in this affidavit but they have been redacted to keep them out of the public record because they are, or could be, true personal identifiers for real people.

2

application was denied, and no person with that name and DOB had ever been issued a Permanent Resident Card.

5. On March 2, 2022, your affiant encountered the subjects at Camp Blanding and placed them under administrative arrest. At the time of arrest, VELASQUEZ possessed a Honduran passport reflecting the name of Claudia Jissela Velasquez Perdomo and the DOB of July ■, 1988, and RUBIO possessed a California driver's license reflecting the name of Ever Gustavo Rubio and the DOB of June ■, 1978. These identifiers are the same as the identifiers set forth in the Permanent Resident Cards that were provided to Camp Blanding.

Based on the foregoing facts, your affiant believes there is probable cause to establish that CLAUDIA JISSELA VELASQUEZ and EVER GUSTAVO RUBIO knowingly possessed and used a forged, counterfeited, altered, or falsely made Permanent Resident Card, knowing it to be forged, counterfeited, altered, or falsely made, in violation of Title 18, United States Code, Section 1546(a).

_____
Donald Wells, Special Agent
Homeland Security Investigations
Jacksonville, Florida